**DISMISS and Opinion Filed November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00498-CV

**SHARON GAST, Appellant**

**V.**

**CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE",
4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST,
GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC,
DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, AND
CAPITOL TITLE OF TEXAS, LLC, Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-02870-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

In an order dated October 23, 2015, the Court questioned its jurisdiction over the appeal because there does not appear to be a final judgment. We instructed appellant to file, by November 2, 2015, a letter brief addressing our jurisdictional concern and gave appellees an opportunity to respond. We cautioned appellant that failure to file a jurisdictional brief by the specified date may result in dismissal of the appeal without further notice. Appellant did not file a response.

This Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Lehmann v. Har-Con Corp.*, 39

S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and all claims. *See id.*

Appellant is appealing the trial court's April 16, 2015 order granting a motion for summary judgment that was filed by four of more than ten defendants. In the judgment, the trial court ordered that appellant take nothing on her claims against the four movant defendants. Appellant's claims against the other defendants remain pending.

Because claims remain pending in the trial court, the judgment is not final and this Court lacks jurisdiction over the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

150498F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

SHARON GAST, Appellant

No. 05-15-00498-CV     V.

CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE", 4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST, GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC, DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, and CAPITOL TITLE OF TEXAS, LLC, Appellees

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-02870-2014.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE", 4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST, GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC, DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, and CAPITOL TITLE OF TEXAS, LLC recover their costs of this appeal from appellant SHARON GAST.

Judgment entered November 24, 2015.